## PETE LITTLE v. STATE.

No. 3087.    Opinion Filed November 23, 1918.

(175 Pac. 945.)

**APPEAL AND ERROR—Conviction—Affirmance.** On defendant's appeal by filing a petition in error with case-made, where no brief was filed or oral argument made, and where an examination of record disclosed that appeal was without merit, it would be affirmed on motion of Attorney General.

*Appeal from County Court, Carter County;*
*Thos. W. Champion, Judge.*

Pete Little was convicted of a violation of the prohibitory law, and he appeals. Affirmed.

*J. B. Champion*, for plaintiff in error.

*R. McMillan*, Asst. Atty. Gen., for the State.

PER CURIAM. The plaintiff in error, Pete Little, was convicted in the county court of Carter county on a charge that he did unlawfully transport six sacks of beer and one sack of whisky from a point near Dundee, Carter county, to a point one mile and a half southwest of Dundee, and his punishment was fixed at 30 days' imprisonment and a fine of $50. From the judgment rendered on the verdict, he appealed by filing in this court, on July 27th, a petition in error with case-made.

No brief has been filed nor oral argument made. For this reason the Attorney General has filed a motion to affirm the judgment. An examination of the record discloses that the appeal is without merit.

The judgment is therefore affirmed. Mandate forthwith.